■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME GLENN, Appellant.— Upon reargument of appeal, judgment of conviction and order entered following hearing as to voluntariness of defendant's confession, as ordered by this court (24 A D 2d 732), unanimously affirmed. (Reargument of appeal from judgment of Monroe County Court convicting defendant of burglary, first degree. Also, resubmission after order of Monroe County Court, holding that confession was voluntary.) Present — Williams, P. J., Goldman, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY FRANKEWICH, Appellant.— Appeal unanimously dismissed. Memorandum: Upon the application of the defendant the proceedings were withdrawn and discontinued. There is no order before us from which an appeal may be taken. (Appeal sought to be taken from the granting of defendant's application for withdrawal and dismissal of his *coram nobis* proceeding had in Herkimer County Court, to vacate a judgment of conviction for grand larceny and forgery rendered June 26, 1962.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD WILLIAMS, Appellant.— Judgment of conviction, and order entered following hearing as to the voluntariness of statements made by defendant, as ordered by this court (25 A D 2d 612), unanimously affirmed. (Appeal from judgment of Erie County Court, adjudging defendant to be a youthful offender, and resubmission after order of Erie County Court, holding that statements were admissible.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.